Daniel GRIZZLE, Appellant,

v.

STATE of Missouri, Respondent,

STATE of Missouri, Respondent,

v.

Daniel GRIZZLE, Appellant.

Nos. 62135, 63825.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 15, 1994.

Robert E. Steele, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

### ORDER

PER CURIAM.

Defendant was convicted by a jury of possession of a controlled substance, § 195.202, RSMo Supp.1990, and manufacture of a controlled substance, § 195.211.1, RSMo Supp. 1990, and was sentenced to seven years and fifteen years imprisonment, respectively, to be served concurrently. Defendant appeals the trial court's judgment on the possession conviction and subsequent denial of his 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments of the trial court and motion court are affirmed in accordance with Rules 30.25(b) and 84.16(b).

■

STATE of Missouri, Respondent,

v.

Sammie NORISE, Appellant.

No. 63700.

Missouri Court of Appeals,
Eastern District,
Division One.

March 15, 1994.

John A. Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his convictions for two counts of forcible rape, two counts of incest, and one count each of forcible sodomy, tampering with physical evidence, and abuse of a child. Finding no error, we affirm. We further find an opinion would serve no jurisprudential purpose and dispose of this matter by a written summary order. Rule 30.25(b). A memorandum has been provided to the parties for their use only.